```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,           02 CV 6299 (SLT) (JMA)
     -against-
                                                 MEMORANDUM
                                                   & ORDER
PARVIZ LAVI,

                          Defendant.
----------------------------------------------------------------X
```

TOWNES, District Judge:

On September 23, 2004, Magistrate Judge Joan Azrack issued a Report and Recommendation, in which she denied defendant Parviz Lavi's ("Lavi") motion for summary judgment and granted plaintiff United States' cross-motion for summary judgment. On March 30, 2005, this Court adopted Judge Azrack's Report and Recommendation in its entirety. Three weeks later, Lavi filed a motion for reconsideration of the Court's March 30, 2005 memorandum and order. On May 10, 2005, Lavi filed a supplemental letter in support of his motion for reconsideration. Four weeks later, the plaintiff filed an opposition to Lavi's motion.

Lavi's motion for reconsideration is denied. He has cited no "controlling decisions or data that the Court overlooked–matters...that might reasonably be expected to alter the conclusion reached by the Court." *Shrader v. CSX Transp. Inc.*, 70 F. 3d 255, 257 (2d Cir. 1995). Further, Lavi has not demonstrated nor does a review the record reveal any "clear error of law" or "manifest injustice" that would justify reconsideration or an alteration of the judgment. *Munago v. Metro. Transp. Auth.*, 381 F. 3d 99, 105 (2d Cir. 2004).

**SO ORDERED.**

/s/

SANDRA L. TOWNES

UNITED STATES DISTRICT JUDGE

Brooklyn, New York

Dated: June 9, 2005